IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HONESTY L. TRUTH, | § § § | |
| **Plaintiff,** | § § § | |
| V. | § § | NO. 4:26-CV-211-O |
| PARKER COUNTY SHERIFF'S DEP'T, ET AL., | § § § | |
| **Defendants.** | § § | |

## ORDER AND NOTICE OF DEFICIENCY

Plaintiff, Honesty L. Truth, filed a civil rights complaint. However, she has not paid the applicable $405.00 filing fee or filed a proper application to proceed *in forma pauperis*. Accordingly, the Court directs the Clerk to mail to Plaintiff (1) a form application to proceed *in forma pauperis*, and (2) a certificate of inmate trust account. If Plaintiff wishes to proceed, by March 27, 2026, she must either pay the $405.00 filing and administrative fees or file a completed application to proceed *in forma pauperis* accompanied by a certificate of inmate trust account or institutional equivalent. Failure to comply with this order may result in the dismissal of the complaint without further notice for want of prosecution. FED. R. CIV. P. 41(b).

**SO ORDERED** this **25th day** of **February, 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**