**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **HONESTY L. TRUTH,** | § § § | |
| **Plaintiff,** | § § § | |
| **V.** | § § | **NO. 4:26-CV-211-O** |
| **PARKER COUNTY SHERIFF'S DEP'T, ET AL.,** | § § § | |
| **Defendants.** | § § | |

<u>**ORDER**</u>

The motion of Plaintiff, Honesty L. Truth, for appointment of counsel is **DENIED**. The motion does not provide any information in support. In any event, the motion is premature as the filing fee has not been paid and the case has not yet been screened.

**SO ORDERED** this **10th day** of **March, 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**