**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **HONESTY L. TRUTH,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **NO. 4:26-CV-211-O** |
| | § | |
| **PARKER COUNTY SHERIFF'S DEP'T,** | § | |
| **ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## FILING FEE ORDER

The Court, having considered the papers and pleadings filed in this action in light of the Prison Litigation Reform Act of 1995, hereby **ORDERS** as follows:

1.      Plaintiff's application to proceed *in forma pauperis* is **GRANTED**.

2.      The agency having custody of Plaintiff shall, when funds exist in Plaintiff's inmate trust account or institutional equivalent, forward to the Court an initial partial filing fee of $11.66.

3.      Plaintiff shall pay $338.34, the balance of the filing fee, in monthly installments as provided in 28 U.S.C. § 1915(b)(2). After payment of the initial partial filing fee, the agency having custody of Plaintiff shall deduct 20% of each deposit made to Plaintiff's inmate trust account or institutional equivalent and forward payments to the Court on a regular basis until the entire filing fee is paid, provided the account exceeds $10.00.

4.      Service of process shall be withheld pending judicial screening pursuant to 28 U.S.C. § 1915(e)(2).

5.      No amendment or supplements to the complaint shall be filed without prior Court approval or order. A complete amended complaint shall be attached to any motion to amend.

6.   All discovery in this case is stayed until defendants are ordered to answer by the Court.

7.   No motions for appointment of counsel shall be filed until the Court has completed its screening pursuant to 28 U.S.C. § 1915(e)(2), which may include a hearing pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), the issuance of a questionnaire pursuant to *Watson v. Ault*, 525 F.2d 886 (5th Cir. 1976), or such other proceedings as deemed appropriate by the Court.

8.   Plaintiff shall notify the Court of any change of address by filing a written Notice of Change of Address with the clerk. Failure to file such notice may result in this case being dismissed for want of prosecution.

9.   The clerk shall transmit a copy of this order to the inmate accounting office or other person(s) or entity with responsibility for assessing, collecting, and remitting to the Court the filing fee payments on behalf of inmates, as designated by the facility in which Plaintiff is confined.

**SO ORDERED** this **10th day** of **March, 2026**.


Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

2