**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **HONESTY L. TRUTH,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | NO. 4:26-CV-211-O |
| | § | |
| **PARKER COUNTY SHERIFF'S DEP'T,** | § | |
| **ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>ORDER OF DISMISSAL</u>

By order to replead signed March 11, 2026, the Court ordered that if Plaintiff, Honesty L. Truth, wished to proceed with this action, within thirty days she must file an amended complaint identifying each defendant and stating all material facts upon which she would establish her right to recover. The Court pointed out the reasons why the original complaint failed to state a plausible claim and cautioned Plaintiff that failure to comply with the order might result in the dismissal of the complaint without further notice. FED. R. CIV. P. 41(b). Plaintiff did not file an amended complaint. Instead, she filed a motion to transfer venue, ECF No. 11, acknowledging that she cannot state a plausible claim over which this Court has jurisdiction. She requests that the Court transfer the case to the 82nd District Court, Falls County, Texas, where she alleges venue is proper. The Court cannot transfer the case to a state court. *See* 28 U.S.C. §§ 1404, 1406. The complaint is **DISMISSED** pursuant to the authority of 28 U.S.C. §§ 1915(e)(2) and 1915A(b).

**SO ORDERED** this **20th day** of **April, 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**