Case No. 4:26-cv-211-O

Plaintiff's First Amended Petition
In the United States District Court
for the Northern District of Texas
Fort Worth Division

Honesty L. Truth, plaintiff,

v.

Texas Department of Criminal Justice

Honorable
Reed O'Connor

Honesty L. Truth
2305 Ransom Road
Gatesville, Texas, 76528

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 2 8 2026

CLERK, U.S. DISTRICT COURT
By _____
Deputy

Case No. 4:26-cv-211-O

Plaintiff's First Amended Petition
In the United States District Court
for the Northern District of Texas
Fort Worth Division

Honesty L. Truth, plaintiff,

v.

Texas Department of Criminal Justice

In August of 2025 the plaintiff filed a lawsuit in the United States District Court for the Northern District, Fort Worth Division against, Parker County Sheriff's Department, Parker County Sheriff Jessica Galvan, Parker County Jail, Willow Park Police Department, Willow Park Texas Constable, Officer Ryan Malwitz, Lieutenant Quincy Hamilton, Police Chief Daniel Franklin, Texas Department of Criminal Justice, Sargent Drake Sowders, Warden Audrey England, Captain Rogelio Montalvo, Sargent Griffin, Bryan Collier.

Case No. 4:25-cv-0862-P. This Case No. 4:25-cv-0862-P was reviewed by United States District Court Judge Mark T. Pittman. Case No. 4:25-cv-0862-P was dismissed around September of 2025 for failure to pay the filing fee or file informa pauperis status.

The plaintiff is currently confined in the Texas Department of Criminal Justice' Patrick L. O'Daniel unit in Gatesville, Texas. When the civil rights violation accrued, the incident occurred at the William P. Hobby unit, where the institutional grievance process was not able to be exhausted due to the defendants, Texas Department of Criminal Justice blocking the plaintiff's ability to grieve by covering up the investigation.

Parties to this Suit

Honesty L. Teuth, plaintiff, 2305 Ransom Road, Gatesville Texas, 76528, last four numbers of driver's license; 891-0

v.

Audrey England, Warden of Texas Department of Criminal Justice William P. Hobby unit, 742 FM 712, Marlin, Texas, 76661-4685 - Audrey England violated the Eighth, Fourteenth, and First Amendment to the United States Constitution by failing to investigate the November 2024 reported water issue, failing to remedy the November and December 2024 water issue, failing to provide adequate drinking water or water usage from late April 2025 to May 2025, failing to respond to, investigate, and remedy reported water issues through at least September 2025, and retaliating by covering up grievances and not investigating issues reported by the plaintiff.

Texas Board of Criminal Justice, P.O. Box 99 Huntsville, Texas 77342 violated the Eighth and Fourteenth Amendment of the United States Constitution by failing to investigate the November 2024 water issue report. They also failed to remedy the water issue and failed to provide adequate drinking water and water substitutes during the November, December 2024 and April, May 2025 outages and contamination periods.

Texas Department of Criminal Justice, P.O. Box 13084, Capitol Station, Austin, Texas, 78711 - violated the Eighth, Fourteenth, and First Amendment of the United States Constitution by failing to investigate and remedy the January 2024 water issue through September 2025. For enabling the covering up of the grievance process. For failing to provide adequate drinking water during the outages and contamination periods. For failing to have adequate water substitutes during the outages, and for negligently enabling employees to retaliate against the plaintiff for grieving and accessing the court for civil remedies.

## Statement of Claim

Claim 1. Eighth Amendment: Deliberate Indifference Claim against Texas Department of Criminal Justice - from January 2024 to September 2025 the plaintiff experienced frequent periods of contaminated or unsafe drinking water at the Texas Department of Criminal Justice William P. Hobby unit. The plaintiff alleges since being housed at the Hobby unit in November of 2023 the water has often been rusted looking or dark brown with a sewage odor and on at least three occassions the water was completely turned off and not accessible to inmates in their toilets, showers, or sinks. Texas Department of Criminal Justice was aware because they would have their regional directors come on the unit during outage periods, and the wardens would give out 4 to 8 water bottles per an inmate on outage days and on some contamination days. Nearly everyday in the units one building and four building facilities, water from the sewage pipes leaked either into the plaintiff's cell or dayroom. In November 2024 the water in the plaintiff's cell did not work for four days. The plaintiff reported it to family on November 18, 2024 and the family contacted the Independent Ombudsman in an email about the matter. The Independent Ombudsman representative Iris M.

took it upon herself to contact the unit Warden at which point the Warden responded saying the unit had no water issues. In December 2024 water issues occurred again and were notated by the local news outlets that the city of Marlin was undergoing water problems. No permanent remedy occurred and by late April Early May 2025 another water outage occurred and the Texas Governor Greg Abbot issued a declaration of disaster for a severe water issue over falls County, Marlin, Texas. After this water outage, periods of rusted brown water appeared in the plaintiff's cell sink from July 2025 until she left the unit in September 2025. In November 2024 and May 2025 the plaintiff filed grievances on the unit but the grievances were never returned to her. From November 2024 to May 2025 the Warden Audrey England was the rank member who was the contact person about issues related to four building where the plaintiff resided but she never solved the pipe leakage and water contamination issue when it was brought to her attention after the November 2024 Email at a Thanksgiving dorm meeting and a Christmas dorm meeting that the Warden led.

Claim 2 Eighth Amendment: Deliberate Indifference Claim against Audrey England - From January 2024 to September 2025 the plaintiff experienced frequent periods of contaminated or unsafe drinking water at the Texas Department of Criminal Justice William P. Hobby unit. The plaintiff alleges since being housed at the Hobby unit the water has often been rusted looking or dark brown with sewage odor, and on at least three occasions the water was completely turned off and not accessible to inmates in their toilets, showers, or sinks. Two of those times were during Warden England's tenure. Audrey England became the Hobby unit warden at some point in 2024 and was aware of the water issue at least by November 2024, because in November 2024 the water in the plaintiff's cell was not working and the plaintiff reported it to her family who reported it in an Email to the Independent Ombudsman. The Independent Ombudsman Representative Iris M. took it upon herself to contact the unit warden at which point Iris said England responded saying the unit had no water issues. No investigation proceeded the report. In December 2024 the water discolored to dark brown and the local news covered the water issue stating that the city of Marlin was undergoing water problems. No permanent remedy occurred and by late December the plaintiff

Asked England what she planned to do about the waters purification issue as well as the pipes leaking into the 4 building L wing dayroom. By late April Early May 2025 another water outage occurred and the Texas Governor Gregg Abbot issued a declaration of disaster for a severe water issue over Falls County, Marlin, Texas. During the water outage only four to eight bottles of water were supplied a day per an inmate. Porter potty's were placed outside for inmates use but England placed the unit on lockdown which made it hard for inmates to access the toilet because inmates were locked in their cells 24 hours a day, with no way to call for an officer if they had to use the restroom. Inmates could rarely get out of the cell at a time that they had to use the bathroom, so they were forced to defecate in paper bags and throw the feces out the window. Portable showers were placed on the unit and inmates were only able to shower for up to five minutes every two to three days. After this water outage periods of rusted brown water appeared in the plaintiffs cells until she left the unit in September 2025. The plaintiff filed grievances on the unit after both the November 2024 outage and May 2025 but the grievances were never returned.

Please take judicial notice and review (Exhibit A) a screenshot of the December 2024 water issue Google search

Please take judicial notice and review (Exhibit B) a screenshot of the April/May 2025 water issue Google search

## Relief

The plaintiff Honesty L. Truth affirmatively pleads that she seeks monetary relief aggregating $7,500,000.00 Excluding interest, statutory damages, attorneys fees, and costs so that this case is governed by the procedure of Civil Procedure Rule 169 and discovery should therefore be conducted in accordance with Civil Procedure Rule 190.3

The plaintiff seeks relief of $2,500,000.00 in non Economic damages and $5,000,000.00 in mental anguish For Count 1. Eighth Amendment - Deliberate Indifference Claim against Texas Department of Criminal Justice: the plaintiff seeks $1,250,000.00 in non Economic damages and $2,500,000.00 in mental anguish for Count II. Eighth Amendment - Deliberate Indifference claim against Audrey England: the plaintiff seeks $1,250,000.00 in non Economic damages and $2,500,000.00 in mental anguish.

## General Background and Sanctions

The plaintiff was born under the name Kendra Anderson and legally changed her name to Honesty L. Truth in her birth state Kentucky at the Jefferson County Courthouse in Louisville, Kentucky.

The plaintiff is incarcerated in the Texas Department of Criminal Justice as Kendra Anderson identification number 2462756. She has not had any sanctions by any court as a result of any lawsuit. She has not been warned or notified by any court that sanctions could be imposed.

04-24-2026
Executed On:

Honesty L. Truth

signature of Plaintiff

## Plaintiff's Declaration

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an in forma pauperis lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 24th day of April, 2026

Honesty L. Truth

*(Exhibit 99)*

> You have received a **jpay** letter, the fastest way to get mail

From : Kassondra J Harris, CustomerID: 31770290
To   : KENDRA ANDERSON, ID: 19600365, 02462756
Date : 4/5/2026 2:25:02 PM EST,    Letter ID: 2571284316
Location : MV
Housing : CB2D  48

---

Marlin Texas Water problem December 2024                    ✕  🎤  ⊙  🔍

AI Mode  All  Images  News  Videos  Short videos  Forums  More ▾  Tools ▾

◆ AI Overview

In December 2024, the City of Marlin, Texas, declared a state of emergency and disaster following **severe water distribution failures and a loss of pressure**. A city-wide boil water notice was issued on December 10, 2024, due to aging infrastructure, exacerbated by freezing temperatures and high water demand, which was officially rescinded on December 17, 2024. 🔴 KCENTV.com ▾

Key details regarding the Marlin water crisis in December 2024:

* **Emergency Declaration:** Mayor Susan R. Byrd declared a state of emergency on December 10, 2024, following major infrastructure failure.

Boil Water Notice Rescinded December 17th 2024 - Marlin, TX

Dec 17, 2024 — Boil Water Notice Rescinded December 17th 2024. On December 10th 2024, the Texas Commission on...

🔵 marlintx.net ⋮

City of Marlin rescinds boil water notice | kcentv.com



Dec 18, 2024 — MARLIN, Texas — Editor's Note: The above video originally aired on Dec. 11 ...

Show more ⌄

🔵 marlintx.net
https://marlintx.net › boil-water-notice-rescinded-decem...  ⋮

Boil Water Notice Rescinded December 17th 2024 - Marlin, TX

Dec 17, 2024 — Boil Water Notice Rescinded December 17th 2024 ... If you have questions concerning this matter, you may contact Richard Colvin at 254-883-3125. Read more
Missing: problem | Show results with: problem

Discussions and forums

water problems in marlin texas

🔵 Facebook · Marlin Texas · News area · 101 comments · 2 months ago  ⋮

It's because some administrations just didn't do what they were supposed to do and fix ...

There's no money!! Over the year's everyone including the mayor has been embezzling money

*Exhibit B*

> *You have received a* **jpay** *letter, the fastest way to get mail*

From : Kassondra J Harris, CustomerID: 31770290
To   : KENDRA ANDERSON, ID: 19600365, 02462756
Date : 4/5/2026 2:25:02 PM EST,    Letter ID: 2571284316
Location : MV
Housing : CB2D  48



Marlin Texas water problem April/ May 2025

All Media   **All**   Images   News   Videos   Forums   Short videos   More ▾   Tools ▾

✦ AI Overview

In April and May 2025, Marlin, Texas, experienced a severe water crisis due to a catastrophic failure of its water treatment plant, leading to widespread outages, a, boil water notice, and a state-declared disaster. The incident, often linked to power surges and equipment damage, prompted school closures and emergency state assistance for water distribution.

**Key Aspects of the Marlin Water Crisis (April-May 2025):**

- **Emergency Declaration:** Governor Greg Abbott issued a disaster declaration for Falls County on May 4, 2025, directing the Texas Division of Emergency

Show more ∨


Texas governor declares disaster after water system failure in Marlin | StateScoop

May 5, 2025 — In May 2025, a water system failure in Marlin, Texas prompted Governor Gre ..


Governor Abbott Issues Disaster Declaration For Marlin Water System Outage

May 4, 2025 — On May 4, 2025, Governor Gre...

Texas Division of Emergency Management (.gov)
https://www.texas.gov › press-release

Governor Abbott Issues Disaster Declaration For Marlin Water ...

May 4, 2025 — Governor Greg Abbott today announced that he issued a disaster declaration for Falls County after catastrophic failure to the City of Marlin's public water ... Read more

marlintx.net
https://www.marlintx.net › news

News - Marlin, TX

Boil Water Notice Rescinded 02-04-2026 On January 26,2026, the Texas Commission on Environmental Quality required the City of Marlin public water system, PWS .. Read more

Videos ⋮

Texas Department of Criminal Justice
Kendra Anderson #2462756
2305
Gatesville, Texas, 76528



Austin POC TX 78710

THU 23 APR 2026 AM

United States District Court
Northern District of Texas
Office of the Clerk
501 West Tenth Street, Room 310
Fort Worth, Texas, 76102



RECEIVED

APR 28 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Legal