**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **HONESTY L. TRUTH,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **V.** | § | **NO. 4:26-CV-211-O** |
| | § | |
| **PARKER COUNTY SHERIFF'S DEP'T,** | § | |
| **ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Plaintiff, Honesty L. Truth, has filed a motion to reinstate case. ECF No. 15. The motion is **DENIED**. By order signed March 11, 2026, the Court advised Plaintiff of the general rules regarding pleading and pointed out the deficiencies in her complaint and ordered that within thirty days she must file an amended complaint if she wished to proceed with her claims. ECF No. 9. Plaintiff responded with a motion to transfer venue, acknowledging that she could not state a plausible claim over which this Court would have jurisdiction. ECF No. 11. Accordingly, the Court dismissed the complaint. ECF No. 12. Thereafter, the Court received what purported to be an amended complaint signed April 24, 2026. ECF No. 14. Even had it been timely filed, the document had nothing to do with the facts of the original complaint filed by Plaintiff and was an entirely new pleading that did not comply with the Court's order.

**SO ORDERED** this **20th day** of **May 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**