**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **HONESTY L. TRUTH,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **V.** | § | **NO. 4:26-CV-211-O** |
| | § | |
| **PARKER COUNTY SHERIFF'S DEP'T,** | § | |
| **ET AL.,** | § | |
| | § | |
| **Defendants.** | § | |

## <u>ORDER</u>

Plaintiff, Honesty L. Truth, has filed a second motion to reinstate case, ECF No. 17, which is very similar to the first such motion. ECF No. 15. For the reasons discussed in the order denying the first motion to reinstate, the second motion is **DENIED**.

**SO ORDERED** this **22nd day** of **May 2026**.

 

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**